UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD M. SCHLEIGER,

      Plaintiff,                      Civil Action No.
                                          11-cv-13380

vs.

                                          HON. MARK A. GOLDSMITH

GRATIOT COUNTY PROSECUTOR'S
OFFICE,

      Defendant
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PLAINTIFF'S COMPLAINT

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Laurie J. Michelson, entered on November 30, 2011 (Dkt. 8). The Magistrate Judge recommends that the Court summarily dismiss Plaintiff's Complaint. Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). As the Magistrate Judge noted in the R&R, Defendant is not an entity subject to suit under 28 U.S.C. § 1983. The Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reasons.

Accordingly, the Magistrate Judge's R&R (Dkt. 8) is accepted and adopted as the findings and conclusions of the Court, and Plaintiff's Complaint is dismissed.

      SO ORDERED.


Dated:  January 12, 2012                             s/Mark A. Goldsmith
       Flint, Michigan                                 MARK A. GOLDSMITH
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2012.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager